# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI WESTERN DIVISION

| STATE LINE BAG CO., LLC, | ) |  |
|---|---|---|
| Plaintiff, | ) |  |
| v. | ) | No. 4:17-CV-00737-DGK |
| BRIAN DEAGAN,<br>d/b/a HUMAN UNLIMITED, | ) |  |
| Defendant. | ) |  |

## ORDER GRANTING JOINT MOTION TO SUBSTITUTE PARTIES

Now before the Court is the parties' joint Motion to Substitute Parties (Doc. 6). The parties move to substitute CompanionLabs Systems, Inc. in place of Defendant Brian Deagan d/b/a Human Unlimited. Having considered the parties' joint motion and for good cause shown, it is hereby

ORDERED that the motion is GRANTED. CompanionLabs Systems, Inc. is hereby substituted as the party defendant in place of Brian Deagan d/b/a Human Unlimited.

**IT IS SO ORDERED.**

Dated: October 5, 2017

/s/ Greg Kays
GREG KAYS, CHIEF JUDGE
UNITED STATES DISTRICT COURT